# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | **DEFAULT** |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:17-cv-02854-APG-GWF |
| Raymond W Crihfield, et al., | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff United States of America and against Defendant Discover Bank. Plaintiff's federal tax liens (in the amount of the current balance of the taxpayer's federal tax liabilities, which is $326,664.32 plus interest accruing after 10/19/2018) against the Windsong and Hardy properties have priority over any interest that defendant Discover Bank might have in those properties.

| | |
|---|---|
| 10/30/2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |