RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6406
Facsimile: (202) 307-0054
charles.m.duffy@usdoj.gov

DAYLE ELIESON
United States Attorney
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:17-cv-02854-APG-GWF |
| Plaintiff, | ) |
| | ) UNITED STATES' MOTION TO |
| v. | ) EXTEND THE DISCOVERY CUT-OFF |
| | ) DATE BY NINETY (90) DAYS |
| RAYMOND W. CRIHFIELD; LISA A. | ) |
| CRIHFIELD; AMBER L. CRIHFIELD; and | ) |
| DISCOVER BANK | ) |
| | ) |
| Defendants. | ) |

The Plaintiff, United States of America ("United States"), by and through its undersigned

counsel, hereby moves to extend the discovery cut-off date in this case until ninety (90) days

after the Court enters an order on the Government's motion for summary judgment that was filed

on October 22, 2018. *See* ECF #17. The discovery cut-off date is currently December 17, 2018.

*See* ECF #13, at 2.

The Government's motion for summary judgment would resolve this case if it is granted. But if the Court denies the referenced motion for summary judgment, the Government would like the opportunity to complete discovery on any issues that are not resolved by the Court's Order on the motion. The requested 90 day extension would assist in reducing litigation costs and it would also enable the undersigned Government attorney – who is located in Washington D.C. – to better plan, and travel to, the depositions of the individual defendants (who live in two different states) if the motion for summary judgment is denied.

The undersigned counsel spoke to Defendant Raymond W. Crihfield by telephone on November 6, 2018 and Mr. Crihfield represented that he and his wife (Defendant Lisa A. Crihfield) do *not* oppose this motion. The undersigned also contacted Defendant Amber Crihfield, who said she would consider the extension. However, Amber Crihfield has not yet

stated whether or not she is in agreement with it.   It appears that there would be no prejudice to any party if the Court grants this motion for an extension of the discovery deadline.

   Dated:  November <u>7th</u>, 2018

          RICHARD E. ZUCKERMAN
          Principal Deputy Assistant Attorney General


          <u>*/s/ Charles M. Duffy*</u>
          CHARLES M. DUFFY
          Trial Attorney, Tax Division
          U.S. Department of Justice

          DAYLE ELIESON
          United States Attorney
          *Of Counsel*

          Attorneys for the United States of America




          IT IS SO ORDERED:


          UNITED STATES MAGISTRATE JUDGE



          DATED: <u>11-13-2018</u>