# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff<br><br>v.<br><br>RAYMOND W. CRIHFIELD, et al.,<br><br>　Defendants | Case No.: 2:17-cv-02854-APG-EJY<br><br>**Order for Status Report** |

　I ORDER the parties to file a status report on what, if anything, remains of this case by January 31, 2020.

　DATED this 9th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE